# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Antione R. Ridgeway, B24781, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. _____ |
| | ) |
| Wexford Health Sources, Inc., Dennis Larson, M.D., | ) |
| Gary Gerst, P.A., John Doe, M.D.,and Jane Doe, LPN | ) |
| | ) |
| Defendants. | ) |

## ATTORNEY CERTIFICATE OF MERIT

Affiant, Thomas J. Pliura, M.D., J.D., being duly sworn upon oath, hereby declares as follows:

1. Affiant is the attorney for Plaintiff in the above-referenced cause.

2. Affiant has consulted and reviewed the facts of the case with a health professional who the affiant reasonably believes:

   a. is knowledgeable in the relevant issues involved in the particular action;

   b. practices or has practiced within the last 5 years in the same area of health care or medicine that is at issue in the particular action; and

   c. meets the expert witness standards set forth in paragraphs (a) through (d) of Section 8-2501 of the Illinois Code of Civil Procedure;

3. The reviewing health professional has determined in a written report, after a review of the medical record and other relevant material involved in the particular action that there is a reasonable and meritorious cause for the filing of such action as to Defendant Wexford Health Sources, Inc.

4. A copy of the reviewing health professional's written report is attached hereto and incorporated herein.

So sworn this 16th day of October, 2018.

By:  s/THOMAS J. PLIURA_____
Antione R. Ridgeway, Plaintiff by
Thomas J. Pliura, M.D., J.D., his attorney

Thomas J. Pliura, M.D., J.D., P.C.
P.O. Box 130
LeRoy, IL 61752
Telephone:  (309)962-2299
Fax:  (309)962-4646
tom.pliura@zchart.com

Certificate of Merit Report

I certify that I am a licensed physician in the state of Illinois and have been a practicing physician for more than 35 years. I practiced the specialty of orthopedics until my recent retirement in December 2017. I am licensed as a medical doctor, licensed to practice medicine in all its branches. I am reasonably well versed with the medical standard of care as relates to the matters in this case. I am also familiar with the surgical methods, procedures and treatment options relevant to the allegations at issue in this case, specifically a ruptured Achilles tendon.

I have reviewed the relevant medical records and other pertinent information pertaining to the medical care provided to Antione Ridgeway, that are at the center of this dispute. I have also consulted with Plaintiff's attorney to discuss details of the case. I have reviewed relevant medical records from IDOC Big Muddy River Correctional Center prepared by healthcare providers providing care to inmate Antione Ridgeway. I base my opinions herein upon my review of the patient's medical records, my discussions with Plaintiff's counsel, as well as the information contained in the records filed by the patient in the prison grievance process. I also base my opinions upon my medical training, education and experience. In this report, I cite to portions of a few of the relevant records reviewed as "R1", "R2", etc. They are attached to this report.

After a review of the medical records and associated materials, I have concluded there is a reasonable and meritorious cause for the filing of this legal action against Defendant Wexford Health Sources, Defendant Dennis Larson, M.D., and unknown-named Defendant John Doe, M.D.

Case summary:

The medical records confirm that on or about April 23, 2017, while playing basketball, at Big Muddy, Plaintiff Antione Ridgeway suffered an acute injury to his left ankle. R2, R7, R8, R11

On or around April 25, 2017, Plaintiff was evaluated by a defendant nurse (Defendant Nurse Jane Doe) and his left lower extremity was swollen, painful and he was unable to put weight on his left ankle without incurring severe pain. He described his pain as a "10" on a scale of 0-10. The nurse charted that he could not move his ankle because "it hurts to (sic) bad" R5, R6, R11

On or around May 30, 2017, Plaintiff was evaluated by Defendant Physician Assistant Gerst, P.A. at the Big Muddy health care unit. Plaintiff gave Defendant Gerst, P.A. a complete history of the event and informed Gerst the he was worried he might have a torn left Achilles tendon. At that time, Defendant Gerst made no urgent referral of the Plaintiff to a physician and made no request for an MRI or other diagnostic imaging. R13

Plaintiff Ridgeway continued to have pain and swelling in his left lower extremity continuously for the next one month.

1

On or around June 6, 2017, Plaintiff was eventually allowed to be evaluated by a physician and was seen by Defendant Larson, M.D. in the Big Muddy health care unit. At that time, Dr. Larson ordered an MRI of Plaintiff's injured left lower extremity. R15

On or around June 19, 2017 and also July 5, 2017, Defendant Wexford, through its agents or employee, Dr. Doe, denied Dr. Larson's orders for an MRI in a process known as the Utilization Management/Collegial Review process. R9, R10, R17, R21

Neither Dr. Larson nor Dr. Does made an urgent referral of plaintiff to see an orthopedic surgeon in spite of their belief that Plaintiff likely was suffering from a torn Achilles tendon.

On or around August 18, 2017, the patient was finally referred to an orthopedic surgery specialist, Dr. Alan Froehling in Mt. Vernon. Dr. Froehling diagnosed Plaintiff with a palpable defect in his torn Achilles tendon. R34, R35

At that time, Dr. Froehling informed Plaintiff that his torn Achilles tendon should have been surgically repaired within seven (7) days of the injury, and because it was not repaired in that timeframe, the Plaintiff was no longer a candidate to have surgical repair done at that time. R3, R4, R. 7, R8, R36

Plaintiff now suffers from permanent disability due to his torn left Achilles tendon, continues to suffer from chronic pain. Plaintiff is unable to ambulate normally, nor is he able to conduct his activities of daily living in a normal fashion due to Defendants' failure to timely and properly treat his torn left Achilles tendon.

Based on my review of the medical records and my treatment of this patient, I believe there is a reasonable and meritorious cause of action for filing a lawsuit in this case against the following:

1. Wexford Health Sources
2. Dennis Larson, M.D.
3. John Doe, M.D.
4. Defendant Nurse Jane Doe
5. Defendant Physician Assistant Gerst

My opinions are all based upon a reasonable degree of medical certainty. In my opinion, the medical providers deviated from the accepted standard of medical care by doing, or failing to do the following:

<u>Wexford Health Sources (Wexford)</u>

I believe Wexford was negligent by refusing to timely allow the MRI imaging studies of Plaintiff's injured left lower extremity. The patient obviously had a significant injury to the left lower extremity which occurred on or around April 23, 2017. On or around June 6, 2017, Dr. Larson ordered an MRI to be performed on the patient, but on or around June 19, 2017, and also July 5, 2017, Defendant Wexford, through its agents or employee, Dr. Doe, denied Dr. Larson's orders for an MRI in a process known as the Utilization Management/Collegial Review process. I believe the patient's clinical signs and symptoms warranted a timely MRI of the injured left lower extremity. It is my understanding the Wexford collegial review physician, Dr. Doe, M.D. did not clinically evaluate the patient at the prison. The review physician did not examine the patient at all. This resulted in a significant delay in diagnosing the patient's Achilles Tendon injury, and this delay caused and contributed to the injury sustained by the patient. Time is of the essence in evaluating, diagnosing and treating an Achilles tendon injury. The delay in diagnosing and treating the injury in this patient has now left him with likely a permanent disability. I believe Wexford was negligent by failing to authorize the MRI studies on a timely basis. I believe there is a reasonable and meritorious cause of action against Wexford based on a claim of negligence.

<u>Dennis Larson, M.D.</u>

I believe Dr. Larson was negligent by refusing to assure that timely MRI imaging studies of Plaintiff's injured left lower extremity were performed. The patient obviously had a significant injury to the left lower extremity. The patient warranted timely MRI studies or other timely imaging studies that would have identified the ruptured Achilles tendon. I believe Dr. Larson should have referred the patient outside the prison setting for evaluation by an orthopedic specialist. This resulted in a significant delay in diagnosing the patient's Achilles Tendon injury, and this delay caused and contributed to the injury sustained by the patient. Time is of the essence in evaluating, diagnosing and treating an Achilles tendon injury. The delay in diagnosing and treating the injury in this patient has now left him with likely a permanent disability. I believe Dr. Larson was negligent by failing to assure that imaging studies were performed on a timely basis, or that the patient was timely sent to an orthopedic specialist for surgical consultation. I believe there is a reasonable and meritorious cause of action against Dr. Larson based on a claim of negligence.

<u>John Doe, M.D.</u>

The records and associated materials reveal that a Wexford process known as Utilization Management/Collegial Review was conducted in regards to Plaintiff's medical care and treatment. Apparently, a physician (unknown name) participated in collegial review on or around June 19, 2017, and also July 5, 2017. During this collegial review, Dr. Doe apparently denied the order by Dr. Larson to have the patient undergo MRI imaging

studies. This denial of timely imaging studies resulted in a significant delay in diagnosing the patient's Achilles Tendon injury, and this delay caused and contributed to the injury sustained by the patient. Time is of the essence in evaluating, diagnosing and treating an Achilles tendon injury. The delay in diagnosing and treating the injury in this patient has now left him with likely a permanent disability. I believe Dr. Doe was negligent by failing to assure that imaging studies were performed on a timely basis, or that the patient was timely sent to an orthopedic specialist for surgical consultation. I believe there is a reasonable and meritorious cause of action against Dr. Doe based on a claim of negligence.

## Defendant Nurse Jane Doe

Two days after the patient injured his left Achilles tendon, Plaintiff was evaluated by Defendant Nurse Jane Doe on or around April 25, 2017. The Plaintiff's left lower extremity was swollen, painful and he was unable to put weight on his left ankle without incurring severe pain. Defendant Nurse Jane Doe failed to timely communicate with a physician about the patient's serious tendon injury.  Defendant Nurse Jane Doe failed to timely order that the patient be seen promptly by a physician. Defendant Nurse Jane Doe failed to timely communicate with an orthopedic specialist to evaluate the patient's injury. Defendant Nurse Jane Doe failed to timely communicate with Wexford representatives to assure that patient was evaluated by an orthopedic specialist. Time is of the essence in evaluating, diagnosing and treating an Achilles tendon injury. The delay in diagnosing and treating the injury in this patient has now left him with likely a permanent disability. I believe Defendant Nurse Jane Doe was negligent by failing to timely communicate with a physician or qualified orthopedic specialist. I believe this caused or contributed to the injuries suffered by the Plaintiff. I believe there is a reasonable and meritorious cause of action against Dr. Doe based on a claim of negligence.

## Defendant Physician Assistant Gerst, P.A.

Approximately seven days after the original injury,  Plaintiff was evaluated by Defendant Physician Assistant Gerst, P.A. at the Big Muddy health care unit. Defendant Gerst made no urgent referral of the Plaintiff to a physician and made no request for an MRI or other diagnostic imaging. It appears Defendant Gerst failed to timely and properly communicate to the supervising physician or the facility medical director or a consulting orthopedic physician that the patient likely had a significant injury to the Achilles tendon. Time is of the essence in evaluating, diagnosing and treating an Achilles tendon injury. The delay in diagnosing and treating the injury in this patient has now left him with likely a permanent disability. I believe Defendant Gerst was negligent by failing to timely communicate with a physician or qualified orthopedic specialist. I believe this caused or contributed to the injuries suffered by the Plaintiff. I believe there is a reasonable and meritorious cause of action against Defendant Gerst based on a claim of negligence.

## Injuries and Damages Sustained by Plaintiff

The Plaintiff now suffers from a permanent disability and chronic pain in his left Achilles tendon. He will likely suffer from chronic pain in the left Achilles area for many years. Plaintiff is unable to ambulate normally, and he is unable able to conduct his activities of daily. This disability will likely be present for many years due to the injury.

Date: *10-12-2018*

2D77

**Offender:** Ridgeway                     Antione                    B24781
_Last Name_                  _First Name_              MI          _ID#_

**Facility:** BMR

☑ Grievance: Facility Grievance # (if applicable) 17-11-17  Dated: 8/3/17  or ☐ Correspondence: Dated: _____

Received: 11/30/17  Regarding: Medical treatment for foot/ankle injury 4/24/17
_Date_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
_Date_

☐ No justification provided for additional consideration.

**Other** (specify): No dates cited in grievance within 60 day timeframe.

Completed by: Sarah Johnson                                    12/7/17
_Print Name_                                              _Date_

---

Distribution:   Offender          _Printed on Recycled Paper_          DOC 0070 (Rev.5/2017)
                Inmate Issues

1

RECEIVED
NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

| Grievance Officer's Report |
|---|

**Date Received** 11-14-2017     **Date of Review:** 11-16-2017     Grievance # (17-11-17)

**Committed Person:** Antione Ridgeway       ID# B24781

Nature of Grievance: __ADA Disability Accommodation__

Facts Reviewed:    The Offender grieves that on April 24 2017 had hurt his left foot/ankle while playing basketball in the gym. The Offender states he was sent to Medical the next day on the 25th, at this time the offender felt as if he had torn his left Achilles tendon. Offender states he was given 200 mg Ibuprofen and crunches, the next week was again seen in HCU and given 400mg Ibuprofen and submitted for an X-ray. After the X-ray the offender claims to be misdiagnosed with bone spurs. The offender states he was submitted for a MRI after the Doctor examined the heel, to later be informed the MRI was not approved, and would be given another X-ray. The offender claims he is still in pain and not being treated for his injury. The offender requests to have a MRI to determine if he has soft tissue damage. He also would like surgery to heal his foot. The offender also requests compensated monetarily.
     The offender's allegations and claims were reviewed by the facility Health Care unit Administrator D. Isaacs. Offender's medical jacket was reviewed; the offender has been followed by the HCU along with the outside ortho. The last appointment was on 10-6-2017 with the orders to receive physical therapy. Per notes, healing brace was D/C. No indication surgery is required at this time. The offender is advised to follow orders as indicated. The MRI was denied thru Collegial review. ADA Coordinator Isaacs reviewed grievance and determined the issues to NOT be ADA related.

Recommendation:
Based upon total review of all available information, and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this Grievance Officer recommends the offender's grievance be _Denied._ Upon a medical review no surgery is required, the offender was placed in a collegial review all procedures and regulations were monitored.


       **David Hermetz CCII**        ███████████████
Print Grievance Officer's Name        Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: 11-16-17    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments: _____

███████████████████

Chief Administrative Officer's Signature      11, 16, 17
                                                                       Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original** ████████████ **applicable, and any pertinent documents.)**

████████████      B24781      11 , 27 , 17
Committed Person's Signature        ID#        Date

# MEMORANDUM

**DATE**      9/19/17

**RECEIVED**
NOV 3 0 2017
**ADMINISTRATIVE REVIEW BOARD**

**TO:**      B24781 Ridgeway     REC 2D77

**FROM:**    K. Wharton CCII
             **Big Muddy River Correctional Center**

**SUBJECT:**  Grievance(s) / Inmate Correspondence

The attached is being returned for the reason(s) listed below:

☐ Contact your Correctional Counselor. Per Institutional Directive 04.01.114, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor."

☐ Use proper Committed Person's Grievance Report Form (DOC 0046).

☐ Grievance not merited per D.R. 504; therefore, issue will not be addressed further.

☐ **Forward grievance directly to the Administrative Review Board.** (protective custody, enforced medication, disciplinary reports from other facilities, issues arising at another facility except personal property, decisions rendered by the Director, etc...).

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further.

☐ Unable to determine nature of grievance/correspondence. Submit additional specific information.

☐ Illegible copy submitted. Submit legible copy for consideration.

☐ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

☐ Issue has been previously addressed on a grievance. No justification for further consideration. Grievance Response was provided.

☐ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

☐ Address concerns to Illinois Prisoner Review Board, 319 East Madison St. Suite A, Springfield, Illinois 62706 (executive clemency, parole violation issues, etc.). This issue is not within the jurisdiction of the facility or the ARB.

☒ Other: Grievance appears to be a copy which is not acceptable. In addition, this grievance is a duplicate grievance from a grievance dated 8/3/17 which is awaiting a response the healthcare.

Heres the ORIGINAL (ATTACHED) and this is all about what Doctor Froehling told

me. When he said that I shouldve recieved
Surgery within 7 days of my tearing of my
achilles? Thank you!

So NO, This is a NEW
GRIEVANCE... And on 8/3/17
I didnt even possess the ATTACHED
Medical records.

**#17-11-17** — handwritten top

**2077** — handwritten top right

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: August 3, 2017 | Offender: (Please Print) Antione Ridgeway | ID#: B24781 |
|---|---|---|

| Present Facility: Big Muddy River C.C | Facility where grievance issue occurred: Big Muddy River C.C |
|---|---|

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report                   Facility where issued

stamp



**RECEIVED**
**NOV 3 0 2017**
**ADMINISTRATIVE REVIEW BOARD**

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.

**Chief Administrative Officer,** only if EMERGENCY grievance.

**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** On April 24, 2017 while participating in a game of Basket-ball I feel a pop in my lower left extremity and immediately I fall! The officer who was assigned to the gymnasium notices and inquires of my well being of which I just tell him that I'll put in for sick call! That night I do so and the next day on the 25th I get called at which time my left heel is completely swoll-en! On top of that, I cant feel my heel, I have NO balance and clearly I come to the realization that he torn my achilles. I inform the nurse whos conducting the sick call that my achilles is torn and she puts me in for the Doctor along with prescribing me

**Relief Requested:** I want an MRI to determine if there is soft tissue damage. I then want the surgery to heal it. I also want to be compensated monetarily.

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

5

25th I get called at which time my Lift heel is completely swoll-en? On top of that, I cant feel my heel, I have NO Balance and clearly I come to the realization that Ive torn my achilles. I inform the nurse whos conducting the sick cell that my achilles is torn and she puts me in for the Doctor along with prescribing me

**Relief Requested:** I want an MRI to determine if there is soft tissue damage. I then want the surgery to heal it. I also want to be compensated monetarily.

☐ Che~~~~~~~~~~~~~ substantial risk of imminent personal injury or other serious or irreparable harm to self.

B24781          8, 3, 17
ID#               Date

Offender's Signature

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: 11, 09, 17   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per the HCUA, the offenders medical jacket was reviewed and the offender has been followed by the HCU and an outside ortho. Not on 10/06/17. Wonder for Physical therapy required. a healing brace was ~~~~~~

K Marton                                    11, 09, 17
Print Counselor's Name                       Date of Response

---

## EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

___/___/___
Chief Administrative Officer's Signature          Date

# OFFENDER'S GRIEVANCE

#QKull6 2D

| Date: September 6, 2017 | Offender: (Please Print) Antione Ridgeway | ID#: B24781 |
|---|---|---|

| Present Facility: Big Muddy River C.C | Facility where grievance issue occurred: Big Muddy River C.C |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: _____
  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] HIPAA
- [✓] ADA Disability Accommodation
- [ ] Other (specify): _____

RECEIVED
NOV 3 0 2017
ADMINISTRATIVE
REVIEW BOARD

Facility where issue...

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On April 23, 2017 while participating in a game of basket-ball I feel a pop in my left heel and immediately I fall. The officer who was assigned to the gym notices and inquires of my well being of which I just tell him that I'll put in for sick call. On that night I do so and 2 days later on the 25th I get called at which time my heel is completely swollen. On top of that, I cant feel my heel, I have no balance and clearly I've come to the realization that I've torn my achilles. She then puts me in for the Doctor along with prescribing me Ibuprofen 200mg tablets and I also recieve crutch-es. Probably a week later I go to the nurse practitioner who exam in

**Relief Requested:** I want the surgery to heal it and to be compensated monetarily.

- [✓] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

be put in for an ultra sound. After recieving the ultrasound I'm resubmitted for another MRI and also an orthopedic. On 8-15-17 I recieve the MRI and right after, I'm told by the Doctor and Officer J. Mohr that my achilles was torn. Three days later I see Orthopedic Dr. Frochling of Mt. Vernon. His exect words to me were that I should've gotten Surgery on my achilles within seven days of the injury. He then tells me that its begun the process of healing itself and almost 4 months into this injury its only 50% intact. This is clearly negligence on behalf of Wexford and I want to be healed and also financially compensated for not being properly treated in this matter.

## PENALTY OF PERJURY

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109I declare, under penalty of perjury, that I am a named party in the above action that I have read the above documents, and that the information contained therein is true, and correct to the best of my Knowledge.
That this is a continuing ongoing medical situation which initially started on the date of Apr. 23, 2017, when I first complained about my achilles injury and wasn't allowed to see a specialist, until 8/15/17 the date I was finally given an MRI. In which I was informed of my torn achilles in the presence of escorting officers J. Mohr, twice. Also on 8/18/17 I was assured of the fact that I had a torn achilles. In front of officer J. Mohr.

## Medical Special Service Referral Denial or Revision

Offender's Name: _Ridgeway_  ID# _B 24781_

**RECEIVED**

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Referral Date: _6 6 17_

Initial Proposed Course of Action: _MRI Ⓒ ankle_

Alternative Care Recommended: _Repeat ankle x-ray_
_Represent à 2 week_

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill.
Adm. Code 504: Subpart F.

Print Facility Medical Director's Name

Facility Medical Director's Signature

Date: _6 2_ ███

Distribution: Offender, Offender's Medical File, and
Heath Care Unit Administrator

(Printed on Recycled Paper)

DOC ████ ████

9

## Medical Special Service Referral Denial or Revision

RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Offender's Name: _Ridgoway, Antoine_  ID# _B24787_

Referral Date: _7-6-17_

Initial Proposed Course of Action: _MRI ⊙ ankle_
_re present_

Alternative Care Recommended: _monitor onsite_
_P-T evaluation_
_activity hospipation_
_symptomatic treatment_
_Represent as needed_

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

Print Facility Medical Director's Name          Facility Medical Director's Signature          Date _7/10/17_

**RECEIVED**

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Fracture,
Dislocation, Sprains

Offender Information:

Ridgeway Antione

Last Name / First Name / MI

ID#: B34981

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/25/17 1100A | **S)** - When did the injury occur <br> 2 days ago <br><br> - How did it happen <br> Blow Playing Basket Ball <br><br> - Any restriction in range of motion? ✓ <br> yes <br><br> - Pain scale 1 -10 <br> 10 <br><br> **O)** T 98.2 P 86 R 18 BP 130/84 WT 236 <br><br> - Inspection for anatomical alignment <br> WNL <br><br> - Presence of swelling <br> yes <br><br> - Presence of discoloration <br> yes bruised <br><br> - Skin integrity <br> ⊕ WNL <br><br> - Check for circulatory integrity <br> WNL <br><br> - Capillary refill <br> WNL <br><br> - Distil pulses <br> WNL <br><br> - Assess for active ROM <br> Can not move ankle <br> "it hurts to bad" <br><br> **A)** R/O Skeletal Injury | **P)** Refer to MD <br><br> - Any deformity, severe pain or swelling, discoloration, limited motion, lack of warmth to touch, pulses diminished or absent (symptoms of impaired circulation) <br><br> **No MD Referral** <br><br> - Cold pack PRN for 24 hrs <br><br> - Splint and elevate extremity <br><br> - Discuss management of injury with MD On-call if necessary <br><br> - Tylenol 325 mg 1-2 tabs qid PRN for 3 days (18 tabs) OR <br> - Ibuprofen 200 mg 1-2 tabs qid for 3 days (18 tabs) <br> - Use Ibuprofen first <br><br> **Patient Teaching** <br><br> - Medication use <br><br> - Application of cold <br><br> - No weight bearing, elevation <br><br> - Crutch walking if applicable <br><br> - Safety measures <br><br> - Importance of follow up <br><br> Follow-Up: <br><br> Return to sick call for increased pain, numbness or skin color ███ <br> Nurs ████████████ <br><br> Payment voucher (YES) NO |

IBUPROFEN 200MG TAB <br> 52776757  BIG MUDDY, STOCK <br> 04/02/17  04/13/17  04/01/18

Offender Information:

Last Name: Ridgeway   First Name: Antione   MI: ___   ID#: B24781

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/3/17 | Radiology note | |
| NBSA | O) xray L ankle cleared | P) x ray done |
| | | |
| 5/13/17 | LPN Note - Sick Call | |
| 10A | S) "How do I get copies of my records?" | P) Educated I/M on how to send request to med records. |
| | O) Ø | |
| | A) Knowledge DEF | |
| ERROR | Wrong Chart | |
| | | |
| 5/13/17 | LDN Note | P) CPC |
| 10A | S) Whens my Flu for the PA for y'Rall | |
| | O) Informed I/M that he is on list and he will be called for appt. | |
| | A) Knowledge DEF | |

**RECEIVED**

NOV 3 0 2017

**ADMINISTRATIVE REVIEW BOARD**

| Offender Information: | | |
|---|---|---|
| Ridgeway Last Name | Antione First Name | ID#: B24781 MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/17 10:45 | PA Note PA Sick Call T 96⁵ P 88 RR 16 B/P 130/82 WT 233 S: on line for Radiology report results – "I need to see the Dr. – I need an MRI for my Achilles" – Pt request MD Evaluation O: 59 yr A&O×3 in NAD tmp: STABLE O: Regular w/s. Cr 8/17 (see report) X-ray: L ankle: ∅ acute fracture/dislocation ② heel spur/Achilles enthesophyte (denticles) A: Discussed Radiology Report Results Requests MD Evaluation | P: ① Discussed Radiology Report results c̄ Pt. – (see report) ② Schedule MD evaluation ③ F/U c̄ MD and [redacted] |



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### BIG MUDDY RIVER CORRECTIONAL   Center

| Offender Information: | | | |
|---|---|---|---|
| Ridgeway | Antione | | ID#: B24781 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/5/17 810A | LPN Note | P-4m scheduled yee |
| | S-∅ | 1pm NSC |
| | O-4m placed kite to Hcu requesting to clip nails | █████████████ |
| | A-NSC | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED
NOV 3 0 2017
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

BIG MUDDY RIVER CORRECTIONAL Center

Offender Information:

Ridgeway          Antoine          ID#: B24781
Last Name         First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/6/17 3:45p | MD SICK CALL T 96.8 P 71 R 16 BP 117/80 W 233 | |
| | S) 42 y.o. Mas S) te Roller ⓛ ankle 4/25/1 hurt in Athl. when seems to be medi to incl det t shoot on Lev in Ⓛ | Ⓡ calld hm t MRI ⓛ ankle Lee are |
| | O) 2 depet ankle und Swell ankle det stra Pt A) ? ankle injuri | |

RECEIVED
NOV 0 2017
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

BIG MUDDY RIVER CORRECTIONAL   Center

| Offender Information: |
| --- |
| Ridgeway — Antione — ID#: B24781 |
| Last Name — First Name — MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 6/11/17 1130A | LPN Note<br>S- just need to clip my nails.<br>O- I'm placed note to HCU. I'm asked to clip nails.<br>A- NSC | P- I/m scheduled for 1pm NSC<br><br>███████ |
| 6/15/17 1:05pm | LPN Note<br>S) "Thank you"<br>O) I/m came to HCU on 1pm NSC line to trim nails used both clippers.<br>A) NSC 1pm | P- Return to housing unit.<br><br>███████ |



RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Offender Information:

Ridgeway         Antione          ID#: B 24781

Last Name          First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | Medical Record Note | |
| 6-19-17 11:30am | No collegial call on 6-13-17 due to no electricity. Review completed by U.M. dept. Non-approval received. | |
| 6/20/17 1015A | LPN Note  S-Am I going to have an MRI?  O-I'm placed NSC to requesting to know about MRI approval. I'm educated would Flu I N0 I'm verbalized understanding A-knowledge deficit | D-CPC |

Offender Information:

_Redgeing_ (Last Name)   _Antoine_ (First Name)   MI   ID#: _B24781_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/24/7 8⁰⁰ | *[illegible handwriting]* | *[illegible handwriting]* |
| | | |


**RECEIVED**

**NOV 3 0 2017**

ADM...
REVI...

| Offender Information: | | |
|---|---|---|
| Ridgeway | Antione | ID#: B24781 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/22/17 10A | CPN Note<br><br>S. OK<br><br>O. I/m placed call to tell wanting to know if he will have MRI. I/m educated on upcoming MDSC I/m verbalized understanding Ø distress noted.<br><br>A - NSC | D - CPC<br><br>▮▮▮▮▮▮▮ |
| | | |
| | | |
| | | |
| | | |
| | | |

Offender Information:

Last Name: Ridgeway  First Name: Antoine  MI:  ID#: B24761

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/26/17 23³⁰/p | MD SICK CALL 95.7 P 71 R 16 B/P 115/83 WT 230 | |
| | S) Seen in to sides R ankle STV int Right | P) add Rem se present mri ankle |
| | O) ⊕ ankle c̄ sup defect punctum, surgeon dr ? fem add tendon | X m ⊕ ankle |
| | A) ⊕ ankle inj palpable defect put ? torn achilly | |

RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

**Offender Information:**

Ridgeway                    Antoine
Last Name                   First Name         MI          ID#: B24781

| ate/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| -30-17 0620A | Radiology Note | |
| | 01 xray L ankle order | P) xray done |
| | | |
| | Medical Record Note | |
| 7-10-17 1:15pm | Collegial review completed 7-5-17 - rediscussed on review of MRI referral. Non-approval received for MRI. Approval received for PT. | |
| 7/10/7 4:30p | | |

Offender Information:

Ridgeway                    Antoine                           ID#: B24781
Last Name                   First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7.11.17 2:3⁰ | *[illegible handwriting]* | *[illegible handwriting]* |



RECEIVED

NOV 2 0 2017

| Offender Information: | | |
|---|---|---|
| Ridgeway | Antione | ID#: B24781 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/13/17 1115 | LPN Note. <br> S)"I want to know about testing MRI on my ankle and leg." <br> O) IM placed Request to health care about MRI on ankle Spoke with IM and let him know need of testing was being Reviewed and not approved at this time. <br> A) Knowledge Deficit | P- follow up with MD as Currently planned. |

Printed on Recycled Paper



| Offender Information: | | | |
|---|---|---|---|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

| Offender Information: | | |
|---|---|---|
| Ridgeway (Last Name) | Antione (First Name) | MI    ID#: B24781 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/19/17 1140 | LPN Note <br> S) "I want to know about my test on my ankle." <br> O) I'm Placed Req to HCU about test on ankle. Spoke with I'm to Should have ultra sound in a few weeks on ankle. Will have PT Eval when PT is available will be around Sept. <br> A) Knowledge Deff. | P- follow current Plan of Care. |

Offender Information:

Ridgeway          Antoine          ID#: D24781
Last Name         First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/24/17 11:30 Am | Ultrasound Note: Left Achilles Saw Complete $\beta$ | |
| 7/26/17 10 Am wt 224 T96⁸ P68 R18 B/p 116/70 | VN note S) "I want Someone to explain my denial letter for my MRI." O) Inmate has a letter explaining denial (results) of his MRI that the Dr. previously ordered. Explained to Inmate that has an order for physical therapy and will be seen by physical therapist when available. Had an ultrasound completed (cont) | P) await follow up ultrasound results and Pt line |

RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Offender Information:

Ridgeway          Antoine          ID#: B24781
Last Name         First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/26/17 10 am | LPN note Cont  O) on 7/24/17, will have a follow up ē md for the ultrasound results  A) alt in comfort | |
| 83h 1⁰ | Mhts chf cnf mPSC Fy p "U/S" | P MPSC h Fy Ultrasnl |



ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

BIG MUDDY RIVER CORRECTIONAL   Center

Offender Information:

Ridgeway    Antione    ID#: B24781
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/7/17 8³⁰/ | NO SICK CALL  T 96⁸  P 61  RR 12  BP 129/81 w/ 223 | |
| | S) Seen is by p C ankles Y/s 7-24-17 states s/p a inn. able to walk carrying crutches | p cold Rm to mri C ankle ortho cont |
| US abn... | ankle C slow good carrying crutches palp be different C ankle was n abnml C abll[?] | Tylenol 325 ḡ prn x 1 mth |
| | p yps | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

(Repl. DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

<u>BIG MUDDY RIVER CORRECTIONAL</u> Center

RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

Offender Information:

Last Name: _Rushing_  First Name: _Anthony_  MI: _____  ID#: _B24781_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/3/17 2:3___ | _illegible handwriting_ | _illegible handwriting_ |
| | | |
| | | |
| | | |
| | █████████████ | █████████████ |
| | | |
| | | |
| 8-9-17 3pm | Medical Records Note! Scheduled MRI (L) Ankle w/ Crossroads Hospital on 8-15-17 @ 9:00am ———— | M Watson, Staff asst. |
| 8-9-17 3:30pm | Medical Records Note! Scheduled ortho consult w/ NOT Dr. Froehling 08-18-17 @ 10am ———— | █████████████ |

Offender Information:

Ridgeway                Antoine                    ID#: B24781
  Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-9-17 430p | Health Status Complete | ███████ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Transferring Facility: | Offender Information: | | |
|---|---|---|---|
| BMRCC          Center | Ridgway | Antione | ID# B24781 |
| Date: 8 9 17     Time: 430 | Last Name | First Name | MI |

**Transfer Screening** (completed by transferring facility health care staff): ☐ a.m. ☒ p.m.

Allergies: NKDA          ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Current / Acute Conditions / Problems: _____     Food Handler Approved: _____

Chronic Conditions / Problems: HTN          12-2-16

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Tylenol 325mg TID PRN

Chronic Long-term: Norvasc 7.5mg PO Daily

Chronic Psychotropic: _____

Current Treatments: none

Therapeutic Diets: regular

Follow-Up Care: PRN

Chronic Clinics: HTN

Specialty Referrals: PRN

Significant Medical History: Tonselectomy age 11

Physical Disabilities / Limitations: none

Assistive Devices / Prosthetics: LB

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____

☐ Glasses ☐ Dentures ☐ Hearing Aid

**R & C Use Only:**          STC     Substance Abuse: ☐ Alcohol ☒ Drugs

☐ Packet Complete

Recep _____     8 9 17

Facility: _____ (by receiving facility health care staff): _____

**Subjective:**

Current Complaint: _____     Date: _____     Time: _____ ☐ a.m. ☐ p.m.

Assessment: _____

Current Medications/Treatment: _____

**Objective:**

Physical Appearance/Behavior: _____

Plan: Disposition:
☐ Health Information Given
☐ Sick Call: Urgent / Routine     ☐ Emergency Referral: _____
☐ Medication Evaluation
☐ Work / Program Limitation     ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
☐ Infirmary Placement: _____     ☐ Specialty Referrals ☐ Other (specify)

Deformities: Acute/Chronic: _____

T: ___ P: ___ R: ___ B.P: ___     ☐ Other (specify) _____

RECEIVED
NOV 3 0 2017
ADM
PREVENTION

Printed Name and Title _____     Signature _____     Date _____

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offenders Signature _____     Date _____     Time _____ ☐ a.m. ☐ p.m.

Offender Information:

Ridgeway                    Antoine                    ID#: B24781
Last Name                   First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/22/17 9:30 AM | PA Sick Call <br> T_____ P_____ RR_____ <br> B/P_____ WT_____ <br> Reschedule. Ø PA | ███████████ |

RECEIVED

NOV 3 0 2017

ADMINISTRATIVE
REVIEW BOARD

| Offender Information: | | |
|---|---|---|
| Last Name: Ridgway | First Name: Antoine | MI: — ID#: B24781 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/23/17 | ~~MD SICK CALL~~ ~~O76 P 112 RP 17~~ ~~B/P 146/95 WT 228~~ | |
| 8/23/17 | MD SICK CALL T 96.8 P 75 RR 18 B/P 113/69 WT 221.0 | |
| 24H | 1) Seen in [illegible] here how weary his gym shoes not fit boot. Stes i wear the boot all the time ac (O) heel palpable tender [illegible] arch i [illegible] ac sh [illegible] Ortho 8/8/17 | A. Tylenol 3 C Tx TT TVN~ x 2 wk Can Buy [illegible] Cold Pk L ankle C/O 6 wk ↑ |

8-18-17

# Medical Special Services Referral and Report

DOB 12·13·74

<u>BIG MUDDY RIVER CORRECTIONAL CENTER</u>
(Facility)

Offender's Name: Ridgeway Antoine  ID# B24781

Reason for Referral:
☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _Ortho Consult_

Rationale for Referral: 42 yo man Basketball injury
4-25-17 ® ankle "felt a pop"
Has palpable defect ® achille. Abnormal
u/s sono. MRI ordered
CARSON _____ 8·7·17
Print Referring Practitioner's Name   Referring Practitioner's Signature   Date

---

Report of Referral (Use Reverse Side, if necessary)

Findings: palpable defect, 50% intact

Assessment: partial Achilles tendon tear
Lt.

Recommendations/Plans: Protect c tibial cast brace
Recheck in 6 wks.

Print Practitioner's Name                    8-18-17
                                             Date

**RECEIVED**

**NOV 3 0 2017**

**ADMINISTRATIVE REVIEW BOARD**

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255

Print Facility Med                    8·18·                    Date

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff. 4/2007)
(Replaces DC 7105)

34

08-18-17
Med 08-15-17

Transferring Facility: _____

Offender Information:

Transferring Facility: **BMRCC** Center

Date: **8 9 17**   Time: **430**   ☐ a.m. ☐ p.m.

Offender Information:
Last Name: **Ridgway**   First Name: **Antione**   MI: ___   ID#: **B24781**

**Transfer Screening** completed by transferring facility health care staff:  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: **NKDA**

Current / Acute Conditions / Problems: _____   Food Handler Approved: **12-2-16**

Chronic Conditions / Problems: **HTN**

Current Medications (name, dosage, frequency and duration):
Acute Short-term: **Tylenol 325 mg TID PRN**
Chronic Long-term: **Norvasc 7.5 mg PO Daily**
Chronic Psychotropic: _____

Current Treatments: **none**

Therapeutic Diets: **regular**

Follow-Up Care: **PRN**

Chronic Clinics: **HTN**

Specialty Referrals: **PRN**

Significant Medical History: **Tonsilectomy age 11**

Physical Disabilities / Limitations: **none**

Assistive Devices / Prosthetics: **LB**

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____    ☐ Glasses ☐ Dentures ☐ Hearing Aid

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS    ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☒ Drugs

**K. Maclin   LPN**    ☐ Packet Complete
Print Name and Title

**8 9 17**
Date

**Reception Screening** completed by receiving facility health care staff:

Facility: _____

Subjective:    Date: _____   Time: _____   ☐ a.m. ☐ p.m.
Current Complaint: _____
Assessment: **Partial Achilles tendon tear (L).**
Current Medications/Treatment: _____
**Protect with tibial cast**

Objective:
Physical Appearance/Behavior: _____
Plan / Disposition: **brace.**
☐ Health Information Given    ☐ Emergency Referral
☐ Sick Call: Urgent / Routine
☐ Medical Evaluation    ☐ Therapeutic Diet   ☐ Special Housing ☐ Chronic Clinics
Deformities: Acute Chronic _____   ☐ Work _____   ☐ Other specify
T: ___ P: ___ R: ___ B/P: ___

Printed Name and Title

**8 18 17**
Date

For Adult Transition Center transfers only:
I understand that medical and dental care are my responsibility while I am Housed in a Transition center. I understand that if I ...
to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental ne...

Offenders Signature

RECEIVED
NOV 30 2017
ADMINISTRATIVE
REVIEW BOARD

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

To: Grievance Officer

Per HCUA I was supposedly followed by them. I was followed by them yes, but via MY requests to be seen, As you can see by the Attached Medical Records, I requested thru Sick Call on numerous occasions to be seen? All in all I'm Crippled now and all due in part to Health Care treating me like I was lying. I haven't recieved any physical therapy and per Dr. Froehling the ortho, I should've recieved surgery within 7 days of this injury. I hadn't even seen a Doctor within 7 days? This alone should warrant My Relief Requested!

Thank you?